**LEVI & KORSINSKY, LLP**
Donald J. Enright
1101 30th Street NW
Suite 115
Washington, DC 20007
Tel.: (202) 524-4292
Fax: (202) 333-2121
Email: denright@zlk.com

*Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANAEL KLINGBERG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MGT CAPITAL INVESTMENTS, INC., ROBERT B. LADD, JOHN MCAFEE, ROBERT S. LOWREY, BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN O' ROURKE III, AND MARK GROUSSMAN, <br><br> Defendants. | C.A. No.   2:18-cv-14380 (CCC) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

WHEREAS, the above-captioned action (the "Action") asserts claims under

the federal securities laws against defendants MGT Capital Investments, Inc., Robert

B. Ladd, John McAfee, Robert S. Lowrey, Barry C. Honig, John Stetson, Michael

Brauser, John O'Rourke III, and Mark Groussman ("Defendants");

WHEREAS, on December 3, 2018, the Honorable Loretta A. Preska issued an order in the related proceeding, *Guyer v. MGT Capital Investments, Inc., et al*, 18-Civ-9228-LAP (S.D.N.Y.) (the "*Guyer* Action"), appointing lead plaintiff movants Peter Oh, Kevin Joo Hoon Koo, Sam Koo, Dae C. Paek, and Monica Paek (collectively, the "Southern California Plaintiffs Group" or "Lead Plaintiff") as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), in the *Guyer* Action;

WHEREAS, on January 8, 2019, this Court appointed the Southern California Plaintiffs Group as Lead Plaintiff in this Action pursuant to the PSLRA;

WHEREAS, Lead Plaintiff has determined to litigate the putative class' claims against Defendants in the *Guyer* Action pending in the Southern District of New York;

**LEAD PLAINTIFF HEREBY GIVES NOTICE** pursuant to Federal Rule of Civil Procedure 41(a) that Lead Plaintiff's claims in the above-captioned Action against Defendants are hereby dismissed without prejudice.

2

Dated: July 31, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Donald J. Enright*

Shannon L. Hopkins*
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email:shopkins@zlk.com
* *to be admitted pro hac vice*

Donald J. Enright
Elizabeth K. Tripodi*
John A. Carriel*
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: denright@zlk.com
Email: etripodi@zlk.com
Email: jcarriel@zlk.com
* *to be admitted pro hac vice*

*Attorneys for Lead Plaintiff the Southern California Plaintiffs Group and Lead*
*Counsel for the Putative Class*

SO ORDERED

_____
Claire C. Cecchi, U.S.D.J.

Date:  August 7, 2019

3